# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Progressive Max Insurance Company,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-3056-CV-W-JTM |
| | ) |
| **Kevin W. Worthington,** | ) |
| **Lori A. Worthington,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Joint Stipulation of Dismissal*, filed April 18, 2011 [Doc. 3], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                       */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**